[No. 14910–5–I. Division One. September 16, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. STANLEY M. NEWINGHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 84-1–00253–5, Gerald L. Knight,

J., entered June 12, 1984. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Swanson and Ringold, JJ.